# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCREEN ACTORS GUILD-AMERICAN FEDERATION OF TELEVISION AND RADIO ARTISTS, a non-profit corporation, as successor-in-interest to SCREEN ACTORS GUILD, INC., on behalf of Affected Performers,<br><br>            Petitioner,<br><br>v.<br><br>CLEOPATRA'S SECOND HUSBAND, LLC<br><br>            Respondent. | Case No. 2:15-cv-02303-JAK-SS<br><br>**JUDGMENT** **JS-6**<br><br>[Filed concurrently with Notice of Motion and Motion for Order Confirming Arbitration Award; Declaration of Jessica Espinosa; and Notice of Interested Parties] |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

    The regularly noticed Motion for Order Confirming Arbitration Award and Entry of Judgment in Conformity Therewith of Petitioner Screen Actors Guild-American Federation of Television and Radio Artist ("Union"), as successor-in-interest to Screen Actors Guild, Inc. came before the Court.

    Having considered all of the pleadings and arguments submitted by the parties in connection with this motion, the pleadings and papers on file, and any oral and/or documentary evidence presented at the time of any hearing:

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that judgment be entered in this case as follows:

1. The Arbitration Award in favor of the Union, as successor-in-interest to the Screen Actors Guild, Inc., and against CLEOPATRA'S SECOND HUSBAND, LLC, Union Case No. TM 5823, dated March 28, 2011, is confirmed in all respects.

2. CLEOPATRA'S SECOND HUSBAND, LLC is ordered to pay as follows:

   (a) To Union, on behalf of affected performers, the sum of $36,117.75;
   (b) To Union for its attorney's fees incurred in this action, in the sum of $2,400.00; and
   (c) To Union for its costs incurred in this action, the sum $400.00.

Dated: July 1, 2015

_____
JOHN A. KRONSTADT
United States District Judge